UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

**NOV 1 7 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Mohamedou Ould Salahi,       )
                             )
              Petitioner,    )
                             )
       v.                    )       Civil Action No. 05-CV-0569 (RCL)
                             )
Barack Obama, President of   )
the United States of America, et al.  )
                             )
              Respondents.   )
                             )
                             )
_____)

## [PROPOSED] ORDER GRANTING RESPONDENTS' <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THEIR EXCULPATORY OBLIGATIONS AND TO CORRESPONDINGLY AMEND THE CASE SCHEDULE

Based on Respondents' Unopposed Motion for an Extension of Time to Comply With Their Exculpatory Obligations and to Correspondingly Amend the Case Schedule, this Court orders that:

1.     The new deadline for Respondents to complete their exculpatory production is December 16, 2011;

2.     The new deadline for Petitioner to make additional discovery requests is January 16, 2012.

**AND IT IS SO ORDERED.**

November 16, 2011

Royce C. Lamberth
United States District Judge